Case: 3:06-cv-00378-bbc Document #: 35 Filed: 01/16/07 Page 1 of 2

Document Number 0351
Case Number 06-C-0378-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
01/16/2007 12:59:21 PM CST

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| K.W. MUTH COMPANY, INC. and MUTH MIRROR SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GENTEX CORPORATION,<br><br>    Defendant. | Case No. 06-C-0378-C |

**STIPULATION FOR DISMISSAL**

Plaintiffs K.W. Muth Company, Inc. and Muth Mirror Systems, LLC, and Defendant Gentex Corporation, pursuant to F. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal, without prejudice, of all claims asserted by either party in the above captioned action. Each party shall bear its own costs, expenses and attorneys' fees.

Dated this 16th day of January, 2007

/s/ James D. Peterson

LA FOLLETTE GODFREY & KAHN
Brady C. Williamson
James D. Peterson
One East Main Street, Ste. 500
P.O. Box 2719
Madison, WI 53701-2719
Tel: (608) 257-3911
Fax: (608) 257-0609

Attorneys for Plaintiffs

/s/ Brian P. Biddinger

LATHROP & CLARK LLP
Kenneth B. Axe
740 Regent Street, Suite 400
Madison, Wisconsin 53701-1507
(608) 257-7766 Tel.
(608) 257-1507 Fax

Of Counsel:

Jesse J. Jenner
William J. McCabe
Brian P. Biddinger
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 596-9000
Fax: (212) 596-9090

Attorneys for Defendant

mn302152_1